UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL YOUNG,

*Plaintiff,*

vs.

MARILLA VAN BEUREN,

*Defendant.*

CA 06 92 ML

C.A. No.

*(R.I. Superior Court C.A. No. NC06-0091)*

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant, Marilla Van Beuren is a defendant in a civil action filed in the Newport County Superior Court entitled, *Carol Young v. Marilla Van Beuren, C.A. No. NC06-0091.* Attached to this petition is a complete and certified copy of the record from the Newport County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about February 21, 2006

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the defendant, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendant

By her attorneys,

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906-2563
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this ~~28~~ 1st day of ~~February~~ MARCH 2006, to:

Turner C. Scott, Esq.
Miller Scott & Holbrook
122 Touro St.
Newport, RI 02840

Kevin M. Brill, Esq.