**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**NEWPORT, SC.**

06 FEB 15 PM 12:06
CHARLES H. HOLLIS, CLERK
FILED
SUPERIOR COURT

**CAROL YOUNG,**
**Plaintiff** :

**vs.** : **C.A. No.** NC06-91

**MARILLA VAN BEUREN,** :
**Defendant** :

**COMPLAINT**

1. Plaintiff Carol Young is the owner of certain property in the Town of Little Compton, County of Newport, State of Rhode Island.

2. Defendant Marilla Van Beuren resides in the City of Wellington, County of Palm Beach, State of Florida.

3. At all times mentioned herein, plaintiff was, and still is, seized in fee simple of certain real property, situated in the Town of Little Compton, County of Newport, State of Rhode Island, and more specifically described as 92 Burchard Avenue and otherwise identified as Lot 11 on Little Compton Tax Assessor's Plat 27, as presently constituted.

4. By a written purchase and sales agreement dated on or about July 28, 2005, the defendant agreed to buy and the plaintiff agreed to sell the above-described property for consideration of one million, one hundred and forty thousand dollars ($1,140,000.00). A copy of this agreement is attached to the complaint as Exhibit A and incorporated by reference.

5. The purchase and sales agreement established October 21, 2005, as the closing date for the transaction.

6. At the request of the defendant, the plaintiff orally agreed to advance the closing date to October 4, 2005.

7. In reliance on the purchase and sales agreement and the new closing date, the plaintiff moved her livestock and personal belongings from the subject property in Little Compton to North Carolina during August, 2005.

8. On September 26, 2005, the defendant's attorney, Kevin M. Brill, Esq., sent a letter to the real estate broker, Janelle

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

Aracil of Hogan & Stone, stating that his client had decided not to buy the property.

9. On October 11, 2005, the plaintiff's attorney, Turner C. Scott, Esq., sent a letter to the defendant's attorney stating that the plaintiff would be "ready, willing and able to close on the property at 10:00 a.m. on October 21, 2005 at the Little Compton Registry of Deeds."

10. On October 21, 2005, the defendant failed and refused to tender the balance of the purchase price for the subject property and therefore breached her obligations under the purchase and sales agreement.

11. On November 9, 2005, the defendant's attorney, Kevin M. Brill, Esq., confirmed his client's breach by sending a letter to Judith Chace of Residential Properties, Ltd., requesting the return of his client's deposit.

12. Although the defendant is in breach of the purchase and sales agreement, the plaintiff has not and does not rescind the agreement, which remains valid and binding on both parties.

13. The plaintiff has complied with all obligations required of her prior to closing under the purchase and sales agreement, and is ready, willing, and able to comply with all other obligations required of her at or after the closing, including the tender of a good and sufficient warranty deed to the defendant.

WHEREFORE, the plaintiff prays:

1. For a decree directing the defendant to specifically perform her obligations under the purchase and sales agreement.

2. In the alternative, for judgment against the defendant for breach of contract measured by the difference between the purchase price stated in the purchase and sales agreement and the current fair market value of the subject property.

3. A judgment for consequential and incidental damages in an amount to be set by Court to be based on the plaintiff's costs and damages;

4. Attorneys' fees;

5. Costs of suit;

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

6. For other and further relief as this Court deems just and proper.

Plaintiff
By her attorney,

Turner C. Scott, Esquire (#2150)
Miller Scott & Holbrook
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

S:\Rolandc\Clients\Prop\8938-1.complaint.wpd

True Copy Attest
Charles H. Hillis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

%%

R E C E I P T

Rhode Island Justice System

Receipt Number: SCN25773
Date: 15-FEB-2006
Cashier: CIV

Payor: MILLER SCOTT & HOLBROOK LAWF00571
Address: 122 Touro Street
NEWPORT, RI 02840
DOB:

| Description | Amount |
| --- | --- |
| Case: NC-2006-0091 | |
| CAROL YOUND V MARILLA VAN BEU | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| Tender Type: | |
| --- | --- |
| CHECKS-SCN #23775 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

SMe

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

MISC./FISCAL OFFICE
MISC./FISCAL OFFICE
MISC./FISCAL OFFICE