SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL YOUNG,

*Plaintiff,*

vs.

MARILLA VAN BEUREN,

*Defendant.*

C.A. No. 06-092 ML

**JURY TRIAL CLAIMED**
*(R.I. Superior Court C.A. No. NC06-0091)*

ANSWER

Marilla Van Beuren answers the Complaint in the above-referenced matter as follows:

1. Admitted

2. Admitted

3. Admitted

4. In response to the allegations contained in this paragraph, Defendant states that the agreement is self-explanatory, although she has not been served with a copy of Exhibit A.

5. In response to the allegations contained in this paragraph, Defendant states that the agreement is self-explanatory, although she has not been served with a copy of Exhibit A.

6. In response to the allegations contained in this paragraph, Van Beuren states that the parties discussed a change in the closing date. Except as so admitted, denied.

7. Denied.

8. In response to the allegations in this paragraph, Van Beuren states that the letter is self-explanatory.

9. In response to the allegations in this paragraph, Van Beuren states that the letter is self-explanatory.

10. In response to the allegations in this paragraph, Van Beuren states that she did not attend a real estate closing and did not purchase the property. Except as so admitted, denied.

11. In response to the allegations in this paragraph, Van Beuren states that the letter is self-explanatory.

12. This paragraph makes allegations of law to which no response is required. To the extent this paragraph makes factual allegations, they are denied.

13. Denied.

FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

The Complaint must be dismissed because the purchase and sale agreement is void due to Plaintiff's fraud.

THIRD AFFIRMATIVE DEFENSE

The Complaint must be dismissed because the purchase and sale agreement is void due to Plaintiff's misrepresentations.

FOURTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to the absence of a meeting of the minds.

FIFTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to the equitable doctrine of unclean hands.

SIXTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to Plaintiff's breach of contract.

SEVENTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to mutual mistake.

EIGHTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to the absence of damage.

WHEREFORE, Defendant, Marilla Van Beuren request that the Complaint be dismissed and that she be awarded costs and fees.

**DEFENDANT CLAIMS TRIAL BY JURY**

Defendant
By her attorneys,

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906-2563
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

3/1/06

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within pleadings was mailed, postage prepaid, on this 5 day of March 2006, to:

Turner C. Scott, Esq.
Miller Scott & Holbrook
122 Touro St.
Newport, RI 02840

Kevin M. Brill, Esq.