MPD:fm 06-174

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL YOUNG

VS

MARILLA VAN BEUREN C.A. NO. 06-092 ML

VS

HOGAN & STONE AND JAUNITA ARACIL

**THIRD-PARTY DEFENDANTS HOGAN & STONE AND JAUNITA ARACIL'S ANSWER TO THIRD-PARTY COMPLAINT OF MARILLA VAN BEUREN**

First Defense

Parties

Third-party defendants are without sufficient knowledge as to the present residence status of the third-party plaintiff set forth in paragraph 1 of the third-party complaint, and therefore leave third-party plaintiffs to their proof. Upon information and belief, third-party defendants admit that Van Beuren is a defendant in the referenced case. Third-party defendants deny the allegations of paragraph 2; and neither admit nor deny the allegations of paragraphs 3 and 4 but leave third-party plaintiff to her proof thereof.

Facts Giving Rise to a Cause of Action

Third-party defendants deny the allegations of paragraphs 5, 11, 12, 13, 17, 18, 20, 21, 22, 23, 24, 25, and 26; deny the allegations of paragraphs 14, 15, and 16 as to these third-party defendants; admit the allegations of paragraphs 6 and 8; are without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraph 9 of the third-party complaint, and therefore leave third-party plaintiff to her proof; and neither admit nor deny the allegations of paragraphs 7, 10, 19, 27, 28, 29, and 30 but leave third-party plaintiff to her proof thereof.

Count I

Third-party defendants repeat and reallege their answers contained in paragraphs 1 through 30 of the third-party complaint as more fully set forth herein as their answer to paragraph 31 of Count I; and deny the allegations of paragraphs 32, 33, 34, and 35.

Count II

Third-party defendants repeat and reallege their answers contained in paragraphs 1 through 35 of the third-party complaint as more fully set forth herein as their answer to paragraph 36 of Count II; and deny the allegations of paragraphs 37 and 38.

Count III

Third-party defendants repeat and reallege their answers contained in paragraphs 1 through 38 of the third-party complaint as more fully set forth herein as their answer to paragraph 39 of Count III; and deny the allegations of paragraphs 40 and 41.

Count IV

Third-party defendants repeat and reallege their answers contained in paragraphs 1 through 41 of the third-party complaint as more fully set forth herein as their answer to paragraph 42 of Count IV; and deny the allegations of paragraphs 43 and 44.

Second Defense

If third-party plaintiff sustained injuries and damages as alleged which is denied, she assumed the risk of injury.

Third Defense

If third-party plaintiff sustained injuries and damages as alleged which is denied, the same was due to her want of due care under the circumstances.

Fourth Defense

Third-party plaintiff's action must be dismissed in that there was no breach of contract.

Fifth Defense

Third-party defendants plead that there was no breach of fiduciary duty.

WHEREFORE, third-party defendants demand that third-party plaintiff's action against them be dismissed and that judgment be entered for said third-party defendants.

**Third-party defendants claim a trial by jury.**

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party
Defendants
Hogan & Stone and Jaunita Aracil
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Kevin M. Brill, Esq.
211 Angell Street
Providence, RI 02906-2563

Turner C. Scott, Esq.
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840

DATED: March 30, 2006