UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL YOUNG
Plaintiff

vs.

MARILLA VAN BEUREN
Defendant

MARILLA VAN BEUREN
Third Party Plaintiff

vs.

HOGAN & STONE and
JAUNITA ARACIL
Third Party Defendants

C.A. No.: 06-092 ML
(RI Superior Court C.A. No.: NC06-0091)

## STIPULATION

The parties stipulate and agree that the Plaintiff shall have up through and including May 8, 2006 to answer and/or otherwise respond to the Defendant's Request for Production and Defendant's Interrogatories.

Carol Young
By her attorney,

Francis S. Holbrook, II, Esquire (#3412)
Miller Scott & Holbrook
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

Marilla Van Beuren
By her attorney,

Kevin M. Brill, Esquire (#3084)
211 Angell Street
Providence, RI 02906-2563
(401) 578-1787

## CERTIFICATION

I hereby certify that on the 11th day of ~~March~~ April, 2006 I did send by first class mail a true and accurate copy of the within Objection to: Kevin M. Brill, Esquire, 211 Angell Street, Providence, RI 02906-2563.

Corinne S. Blank

2877/cb

**GRANTED**

**Mary M. Lisi**
**U.S.D.J.** 4/13/06