UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL YOUNG,

*Plaintiff,*

vs.

MARILLA VAN BEUREN,

*Defendant/Third-party Plaintiff,*

vs.

HOGAN & STONE and JUANITA ARACIL,

*Third-party Defendants.*

C.A. No. 06-092 ML

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that pursuant to FRCP 30, the testimony of the Keeper of the Records, Residential Properties, Ltd., will be taken before a Notary Public or some other officer authorized by law to take depositions at the offices of DeSisto Law, 211 Angell Street, Providence, RI 02906 commencing on **FRIDAY, JUNE 23, 2006 at 10:00 A.M.,** and continuing from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

The deponent is requested to bring the documents listed in *Schedule A* attached hereto.

Marilla Van Beuren,
By her attorney,

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2006, I caused a true copy of the within pleadings via first class mail, postage prepaid to counsel of record

Mark P. Dolan
Rice, Dolan & Kershaw
170 Westminster Street Suite 900
Providence, RI 02903

Francis S. Holbrook II
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840

Patricia Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, RI 02806