# SCHEDULE A

1. All documents that refer or relate to the property located at 92 Burchard Ave., Little Compton, Rhode Island.

2. All documents that refer or relate to Carol Young.

3. All documents that refer or relate to Marilla Van Beuren.

4. All correspondence between you and the law firm of Miller, Scott & Holbrook that refers or relates to Marilla Van Beuren.

5. All correspondence between you and the law firm of Miller, Scott & Holbrook that refers or relates to Carol Young.

6. All correspondence between you and the law firm of Miller, Scott & Holbrook that refers or relates to Juanita (Janie) Aracil.

7. All correspondence between you and the law firm of Miller, Scott & Holbrook that refers or relates to Hogan & Stone.

8. All correspondence between you and the law firm of Sheffield & Harvey that refers or relates to Marilla Van Beuren.

9. All correspondence between you and the law firm of Sheffield & Harvey that refers or relates to Carol Young.

10. All correspondence between you and the law firm of Sheffield & Harvey that refers or relates to Juanita (Janie Aracil).

11. All correspondence between you and the law firm of Sheffield & Harvey that refers or relates to Hogan & Stone.

12. Copies of all email or other electronic communications that refer or relate to 92 Burchard Ave, Little Compton, Rhode Island.

13. All agreements, including memoranda and correspondence that refer to all agreements, between Carol Young and Residential Properties Ltd. relating to the property located at 92 Burchard Ave., Little Compton, Rhode Island.

14. All documents, including notes and memoranda, that refer to any and all showings to prospective buyers of the property located at 92 Burchard Ave., Little Compton, Rhode Island.

15. All advertisements, including drafts, advertising the property located at 92 Burchard Ave., Little Compton, Rhode Island.

16. All correspondence that refers or relates to communications with any and all government agencies, including for the state of Rhode Island or the Town of Little Compton, regarding and relating to the property located at 92 Burchard Ave., Little Compton, Rhode Island.

17. All documents that refer or relate to litigation between Carol Young and Marilla Van Beuren.

18. All signed Purchase & Sale Agreements for the property located at 92 Burchard Ave., Little Compton, Rhode Island.

19. All drafts of Purchase & Sale Agreements for the property located at 92 Burchard Ave., Little Compton, Rhode Island.

20. All documents that refer or relate to the litigation between Carol Young and Marilla Van Beuren.

21. All documents that refer or relate to the dispute between Carol Young and Marilla Van Beuren.