*MPD:sfb 06-174*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL YOUNG<br>*Plaintiff*<br><br>VS.<br><br>MARILLA VAN BEUREN<br>*Defendant* | : | C.A. NO. 06-092 ML |
| MARILLA VAN BEUREN<br>*Third Party Plaintiff*<br><br>vs.<br><br>HOGAN & STONE and<br>JUANITA ARACIL<br>*Third Party Defendants* | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of third-party defendants, Hogan & Stone and Juanita Aracil.

James S. D'Ambra, Esquire #5064
RICE, DOLAN & KERSHAW
Attorney for Third-Party Defendants
*Hogan & Stone and Juanita Aracil*
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No. (401) 272-8800

**CERTIFICATION**

TO: Francis S. Holbrook, II, Esq., Miller Scott & Holbrook, 122 Touro Street
Newport, RI 02840
Kevin M. Brill, Esq., 211 Angell Street, Providence, RI 02906

Copy to counsel of record, as above, on June 13, 2006.