6/27/06
06-174

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

AUG 03 2006

Property of U.S. District Court
District of Rhode Island

CAROL YOUNG,

*Plaintiff,*

vs.

MARILLA VAN BEUREN,

*Defendant.*

C.A. No. 06-092 ML

**JURY TRIAL CLAIMED**
*(R.I. Superior Court C.A. No. NC06-0091)*

MARILLA VAN BEUREN

*Third Party Plaintiff,*

vs.

HOGAN & STONE and JAUNITA ARACIL,

*Third Party Defendants.*

**JURY TRIAL CLAIMED**

STIPULATION OF DISMISSAL

The parties in the above-referenced matters stipulate that the cases may be dismissed with prejudice. No interest, no costs.

Carol Young
By

Francis Holbrook.
Miller Scott & Holbrook
122 Touro St.
Newport, RI 02840
6/23/06

Marilla Van Beuren
By

Kevin M. Brill
Law Office Kevin M. Brill
211 Angell St.
Providence, RI 02906
6/26/06

Enter: Mary M. Lisi
USDJ 8/7/06

Hogan & Stone
By

Mark Dolan Esq.
Rice Dolan & Kershaw
170 Westminster Street
Providence, Rhode Island 02903

Juanita Aracil
By

Mark Dolan
Rice Dolan & Kershaw.
170 Westminster Street
Providence, RI 02903